**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROGER SADLER AND**                                                    **PLAINTIFFS**
**BARBARA SADLER**

**v.**                                    **Case No. 4:22-cv-00362-LPR**

**JOHN MILEY AND**
**CATHERINE MILEY**                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 24th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE